In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Executor, etc., of MICHAEL W. BUSH, Deceased. MARYLAND CASUALTY COMPANY, Appellant; ELIZABETH BUSH and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Hagarty, Scudder and Davis, JJ.; Lazansky, P. J., taking no part.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Appellants, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of Bureau of Buildings, Borough of Queens, City of New York, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty Scudder and Davis, JJ.

THE ARTHUR A. JOHNSON CORPORATION, Respondent, v. SOBRAY-WHITCOMB Co., INC., Appellant.— On consent, motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ELLEN S. JUELL, Respondent, v. CHRISTIAN S. JUELL, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BIELMAN, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS F. LEAHY, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MEHL, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SHALEESH, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SPRUILI, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN BAYLOS, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison at Ossining, New York, Respondent.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CIOFFI, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison at Ossining, New York,